FILED

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8094

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Jesus Antonio BALLESTEROS-Barajas<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about January 30, 2008, within the Southern District of California, defendant Jesus Antonio BALLESTEROS-Barajas did knowingly and intentionally import approximately 23.22 kilograms (51.08 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 31st day of January 2008.

Peter C. Lewis
United States Magistrate-Judge

UNITED STATES OF AMERICA
v.
Jesus Antonio BALLESTEROS-Barajas

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent Russell H. Vensk Jr. and the interview of Jesus Antonio BALLESTEROS-Barajas.

On January 30, 2008, at approximately 1050 hours, Jesus Antonio BALLESTEROS-Barajas, a citizen of Mexico, entered the U.S. at the Calexico, California, West Port of Entry from Mexico. BALLESTEROS was the driver and sole occupant of a 2001 Ford Ranger Pick-Up truck.

At primary inspection, BALLESTEROS gave a negative Customs declaration and stated he was the owner of the vehicle to Customs & Border Protection Officer (CBPO) L. Garcia. CBPO Garcia noticed the gas tank hose and gas pump appeared to have been removed and replaced. CBPO Garcia tapped the gas tank of the vehicle, noticed it felt solid and referred BALLESTEROS and the vehicle to secondary inspection.

In secondary, CBPO I. Duarte discovered twenty packages concealed within the gas tank. CBPO Duarte probed one of the packages and extracted a white powdery substance, which field-tested positive for cocaine. The packages had a net weight of 23.22 kilograms (51.08 pounds).

A registration card from the State of Baja California, Mexico, was found in the vehicle and showed it was registered to BALLESTEROS.